**FILED**
CLERK, U.S. DISTRICT COURT

7/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA   8:21-mj-00500-DUTY

USA PLAINTIFF(S)
v.

CASE NUMBER
**21-CRIM-343**

Frank LIU DEFENDANT(S).

**DECLARATION RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: U.S. Attorney Audrey Strauss
in the Southern District of New York on 5/24/2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 5/24/2021
in violation of Title 18 U.S.C., Section(s) 1956; 371
to wit: _____

A warrant for defendant's arrest was issued by: Hon. Barbara C. Moses, US Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7-21-2021
              Date

_____[signature]_____
Signature of Agent

Peter Strauss
Print Name of Agent

DEA
Agency

Special Agent
Title