Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 21 2021

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: 8:21-MJ-00500-DUTY<br>21-CRIM-343 |
|---|---|
| Frank Liu<br>USMS# _____<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on July 21, 2021 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Conspiracy to Commit Money Laundering (18 U.S.C. § 1956); and (18 U.S.C. § 371)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes  Language: English and Mandarin

7. Year of Birth: 1955

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: ____  Phone Number: ____

9. Name of Pretrial Services Officer notified: Vivian Villegas

10. Remarks (if any): ____

11. Name: Peter Strauss  (please print)

12. Office Phone Number: 646-342-0190

13. Agency: DEA

14. Signature: [signature]

15. Date: July 21, 2021

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION